JOSEPH VALVO, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

(Argued October 11, 1932; decided October 25, 1932.)

592

*John J. Bennett, Jr., Attorney-General (John L. Camp-bell* of counsel), for appellant.

*G. Linnemann Prescott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.